FILED DEC 10 '15 PM 1:45 USDCAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| THADDEUS D. SMITH, SR. ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. 15-0625-CG-C |
| THE STATE OF ALABAMA BOARD OF ) PARDONS AND PAROLES ) | JURY TRIAL REQUESTED |
| Defendants ) | |

## COMPLAINT

1. The Plaintiff resides at 10230 Sand Ridge Road, Chunchula, Al 36521

2. Name(s) of defendant(s) State of Alabama Board of Pardons and Paroles.

3. Location of principal office(s) of named defendant(s) State of Alabama Board of Pardons and Paroles 301 S. Ripley Street P.O. Box 302405 Montgomery, Al 36130-2405 (334) 353-7379.

4. Nature of business of defendant(s) Pardons and Paroles.

5. Approximate number of individuals employed by defendant(s) State of Alabama Board of Pardons and Paroles -75-100.

6. The acts complained in this suit:

The Plaintiff is alleging the State of Alabama Board of Pardons and Paroles violated said Plaintiff's (Thaddeus D. Smith Sr.) Civil and Constitutional rights as they sought to deny the Plaintiff voting rights restoration and a pardon from the State of Alabama.

The plaintiff will show eligibility to have his voting rights restored by the State of Alabama's own court documents showing there were no monies owed at the time in which the Plaintiff reached his End of Sentence with the Board of Pardons and Paroles. The Plaintiff will also show that because his debt to society has been paid in full along with any restitution owed, the Plaintiff

is an active member of society. The Plaintiff has worked consistently meeting financial obligations, support a family, and paying taxes as any law-abiding member of society and has become a home-owner with strong ties to the community.

The records will show that the Plaintiff was officially cleared by the office of Pardon and Parole by Mr. White with the Mobile office prior to completion of sentence in September of 2009. The Plaintiff believes his vote should have been counted in the 2012 Presidential election as well as any state and local elections as owed to either party the Plaintiff decided. The Plaintiff believes that the denial of restoration rights by the State of Alabama Pardons and Paroles to vote was politically motivated and precipitated the denial of the Plaintiff's pardon as requested. The Plaintiff is including four (4) documents as to the request for rights and receipt for zero balance and the denial letter and letter to Parole supervisor Mr. white for inquiry into the matter.

Therefore, I am bringing this action pursuant to <u>The Fifteenth Amendment & Voting Rights Act of 1965 Section 2+4 (42 U.S.C. 1973)</u>

The Plaintiff seeks justice and to be made whole from this matter through the courts by seeking the sum of <u>Two million dollars, any other relief that may be appropriate, including injunctive orders, damages, costs and attorney's fees.</u>

<u>Date: December 08, 2015</u>

*[signature]*
Plaintiff (Pro-Se)
10230 Sand Ridge Road
Chunchula, AL 36521
(251) 303-3166 (for messages)

To the State of Alabama Probation and Parole, Montgomery Office

Attention to Mrs. Quinetta Fendson or Demetria Lewis

This letter is to address the response of Thaddeus D. Smith Sr. restoration of voter registration rights as it was brought to my attention that there was still a fine for the amount of $48.00 that existed and was the reason for the delay in my application to the restoration of my voter's rights and request for pardon. However, this has been rectified as my previous parole officer was able to track the matter and found that the fine had been paid in civil court he then instructed me to obtain a receipt from the court house stating this fact that I am cleared and have no past balance due and this is the paper attached with this fax. I hope that this clears any further delay in this matter as I anticipate being able to register as a voter very soon once this is corrected in your system. If there is any further assistance that you need from myself please do not hesitate to contact me, 251-508-8737 after 3:30 pm or between 12:00 pm and 12:25 which is my lunch time or you may leave a message.

Thank you for your prompt assistance in this matter,

Thaddeus D. Smith Sr.
1601 Neshota Drive # 38
Mobile, Al 36605
May 24, 2012

```
FE61         FINANCIAL HISTORY BROWSE       SITE: 02    MOBILE COUNTY                  OFC: 4
CASE: DC 1994 000178 00 PAYOR: D 001 SMITH THAD TRAN DATE:              PC PRNTR: N
SHOW ONLY: CHECKS:   RCPTS:    FEE TRANS:   BATCH:         ACCT:        OPR:
-------------------------------------------------------------------------------
 TRANS                       DISB    TRANS  CHECK#/                         MON
 DATE    TRANSACTION         ACCT PR BATCH  RECEIPT#      AMOUNT     FEE TYP SEQ OPE
-------------------------------------------------------------------------------
 05232012 FEE DELETED        SF30 11 2012169              $16.00      N   O  001 KIE
 05232012 FEE DELETED        SF80 15 2012169              $32.00      N   O  002 KIE


---------------------------------------------------------- BALANCE DUE:    $0.00
*** THERE ARE NO MORE HISTORY RECORDS ON-FILE FOR YOUR REQUEST ***
01=MNU 02=FEE 03=NDX 04=ACB 05=CLR 06=OCS 07=RPT 08=ENF 09=JOU 10=FEE 11=FWD
12=CSE 13=SNT 14=ACT 15=DSB 16=CHK 17=RCP 18=PRF 19=PRT 20=OFF 22=PRT 24=HLP
```

*Receipt as noted paid in full zero balance.*




# STATE OF ALABAMA
# BOARD OF PARDONS AND PAROLES

301 S. Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130-2405
(334)353-7379

**WILLIAM WYNNE**
Chairman of the Board

**ROBERT P. LONGSHORE**
Associate Member

**CLIFF WALKER**
Associate Member

June 18, 2012

**CYNTHIA S. DILLARD**
Executive Director

**EDDIE COOK, JR.**
Assistant Executive Director

THADDEUS DEMETRIUS SMITH
1601 NESHOTA DRIVE #38
MOBILE, AL 36605

MR. SMITH:

Our records indicate that you have made application with the Alabama Board of Pardons and Paroles to have your "**Voter Rights**" restored after being convicted of a felony. ***In order to be eligible to have your rights restored, you must meet certain requirements. You must be off probation/parole. You must have paid off all of your court fees, restitution and probation fees***. Your crime of conviction can not include any sexual offense or any other crime prohibited under the new legislature law Section "15-22-36.1."

After an investigation has been done in your case, it appears you are not eligible to have your "Voter Rights" restored. It was discovered that you owe $792.00 in unpaid court ordered monies. Once this matter has been resolved, your voting rights may be restored. If you have questions, please contact me at (334)353-7379.

enclosure

Respectfully,

Demetria B. Lewis
Pardon Unit

cc: pardon unit file

To: Probation and Parole Officer   Attn: Mr. White

This letter is to address the matter that we previously discussed in reference to a false balance that was left on my record in which when you made mention of this it was determined that I did not leave with an outstanding balance and that it would be cleared up in the system. It has come to my attention recently that this outstanding balance still exist and is being used against me in the determination towards the application to which I applied to have my voters rights restored and a pardon. If you would please look into this matter and determine what action needs to be taken to rectify this era and fax me a letter in return for the purpose of sending it to the parole board it would be greatly appreciated as I was released and paid in full before and on the date of my parole ended. This is very important to me and my family as I have worked to remain an active and a productive member of society and ready to vote also I am embarking on becoming a family home owner, so this matter places high importance with me. If you have any questions please do not hesitate to call me @ 251-508-8737 my break is from 9am-9:15am and lunch from 12pm- 12:30pm.

Thank you

Thaddeus D. Smith
4-03-2012



U.S. POSTAGE
PAID
CITRONELLE, AL
36522
DEC 08, 15
AMOUNT
$2.08
R2305E124445-10

United States District Court
Southern District of Alabama
CLERK
113 ST. Joseph Street
Mobile, Alabama 36602
Official Business