IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Thaddeus D. Smith Sr.
**Plaintiff(s)/Petitioner(s)**

vs.

The State of Alabama Board of Pardons and Paroles
**Defendant(s)/Respondent(s)**

CIVIL ACTION NO. 15-CV-625-CG
(To be supplied by Clerk of Court)

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Thaddeus D. Smith Sr. a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in <u>forma pauperis</u> in this action.  I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress.  I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:** Plaintiff seeks relief from Courts and voting rights restored and a full pardon from the State of Alabama.

II. **RESIDENCE:**
Your address: 10230 Sand Ridge Road
(Street)
Churchula      AL           36521
(City)         (State)      (Zip Code)

III. **MARITAL STATUS:**
1. Single ____   Married ✓   Separated ____   Divorced ____
2. If married, spouse's full name: Toni M. Jones

IV. **DEPENDENTS:**
1. Number: 3
2. Relationship to dependent(s): husband & father
3. How much money do you contribute toward your dependents' support on a monthly basis? $ 0

V. **EMPLOYMENT:**
  1. Name of employer: _____"_____
     a. Address of employer: _____
        (Street)
        _____
        (City)        (State)        (Zip Code)
     b. How long have you been employed by present employer?
        Years: _____      Months _____
     c. Income: Monthly $_____ or Weekly $_____
     d. What is your job title? _____

  2. If unemployed, date of last employment: _10-6-14_
     Amount of salary and wages received per month in last employment: $ _75_

  3. Is spouse employed? _no_ If so, name of employer: _____
     _____
     a. Income: Monthly $_____ or Weekly $_____
     b. What is spouse's job title? _____

  4. Are you and/or your spouse receiving welfare aid? _no / food stamps ; mortgage assistance_
     If so, amount: Monthly $_____ or Weekly $_____ / MCAA

VI. **FINANCIAL STATUS:**
  1. Owner of real property (excluding ordinary household furnishings and clothing):
     a. Description: _Home_
     b. Full Address: _10230 Sand Ridge Rd_
     c. In whose name: _____
     d. Estimated value ----------------------- $ _____
     e. Total amount owed ---------------------- $ _107,463_
        Owed to: _USDA_                          $ _____
        _____  $ _____

     f. Annual income from property ------------- $ _0_

  2. Other assets/property, such as automobiles, boats, motor homes, court
  judgments, etc. (If more than two, list information on back):
     a.                          Asset (1)              Asset (2)
        Make & Model:       _96 Chevrolet 150_       _____
        In whose name registered?  _Plaintiff + spouse_  _____
        Present Value of Asset:   _$150_            _____
        Amount owed:              _0_               _____
        Owed to:                  _0_               _____
     b. Total cash in banks, savings and loan associations, prisoner accounts,
        financial institutions, other repositories, or anywhere else - $ _____
     c. List monies received by you during the last twelve (12) months, or held for you

2

by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession or other forms of self-employment - $ 0
Rent payments, interest or dividends - $ 0
Pensions, annuities or life insurance payments - $ 0
Gifts or inheritances - $ 0
Stocks, bonds or notes - $ 0
Tax refunds, Veteran benefits or social security benefits $ 0
Any other sources - $ 0

3. Obligations:
   a. Monthly rental on house or apartment - $ -0-
   b. Monthly mortgage payments on house - $ 741.14

4. Other information pertinent to your financial debts and obligations:

| (Creditor) | (Total debt) | (Monthly payment) |
| (Creditor) | (Total debt) | (Monthly payment) |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

Plaintiff and family recieves food stamps currently, Plaintiff has had MCAA help with utilities, and has mortgage assistence through lender USDA. Phone is through SafeLink; all bills are currently due.

Other (Explain): Plaintiff and spruse are currently looking for employment to relieve circumstance however due to the previous case + ruling this has been difficult.

3

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

12-15-15
DATE

*Thaddeus D. Smith Sr* (signature)
SIGNATURE OF PLAINTIFF/PETITIONER

10230 Sand Ridge Rd
ADDRESS
Chunchula, AL 36521
251-303-3166