**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

Thaddeus D. Smith Sr.
**Plaintiff(s)/Petitioner(s)**

**vs.** State of Alabama Board of Pardon and Paroles
**Defendant(s)/Respondent(s)**

**CIVIL ACTION NO.** 15-625-CG-C
**(To be supplied by Clerk of Court)**

FILED DEC 30 '15 PM 1 45 USDCALS

**MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES**

I, Thaddeus D. Smith Sr., a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in forma pauperis in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:** Voting rights violation as I was denied the return of rights as my paperwork spoke to the evidence of the right to apply and receive said voting rights/pardon.

II. **RESIDENCE:**
Your address: 10230 Sand Ridge Road
(Street)
Citronelle Alabama 36521
(City) (State) (Zip Code)

III. **MARITAL STATUS:**
1. Single ______ Married ✓ Separated ______ Divorced ______
2. If married, spouse's full name: Toni Jones

IV. **DEPENDENTS:**
1. Number: 3
2. Relationship to dependent(s): Father + Husband
3. How much money do you contribute toward your dependents' support on a monthly basis? $ 0 other than assistance.

**V. EMPLOYMENT:**

1. Name of employer: none
   a. Address of employer: ______________________
   (Street)
   ______________________
   (City) (State) (Zip Code)
   b. How long have you been employed by present employer?
   Years: ______ Months ______
   c. Income: Monthly $__________ or Weekly $__________
   d. What is your job title? ______________________

2. If unemployed, date of last employment: 10-6-14
   Amount of salary and wages received per month in last employment: $ 350

3. Is spouse employed? no If so, name of employer: ______________________
   a. Income: Monthly $__________ or Weekly $__________
   b. What is spouse's job title? ______________________

4. Are you and/or your spouse receiving welfare aid? no
   If so, amount: Monthly $__________ or Weekly $__________

**VI. FINANCIAL STATUS:**

1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: NA
   b. Full Address: ______________________
   c. In whose name: ______________________
   d. Estimated value - - - - - - - - - - - - - - - - - - - - $ ________
   e. Total amount owed - - - - - - - - - - - - - - - - - - $ ________
   Owed to: ______________________ $ ________
   ______________________ $ ________
   f. Annual income from property - - - - - - - - - - - - $ ________

2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
   a.

| | Asset (1) | Asset (2) |
|---|---|---|
| Make & Model: | Chevrolet 96 | |
| In whose name registered? | Plaintiff + Spouse | |
| Present Value of Asset: | $200 | |
| Amount owed: | -0- | |
| Owed to: | | |

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else - $ -balance
   c. List monies received by you during the last twelve (12) months, or held for you

by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

| | |
|---|---|
| Business, profession or other forms of self-employment - | $ |
| Rent payments, interest or dividends - - - - - - - - - - - - - - | $ 0 |
| Pensions, annuities or life insurance payments - - - - - - - | $ 0 |
| Gifts or inheritances - - - - - - - - - - - - - - - - - - - - - - - - - | $ |
| Stocks, bonds or notes - - - - - - - - - - - - - - - - - - - - - - - | $ 0 |
| Tax refunds, Veteran benefits or social security benefits | $ 0 |
| Any other sources - - - - - - - - - - - - - - - - - - - - - - - - - - | $ |

3. Obligations:
   a. Monthly rental on house or apartment - - - - - - - - - - - - $ 0
   b. Monthly mortgage payments on house - - - - - - - - - - - - $ 711.46

4. Other information pertinent to your financial debts and obligations:

| (Creditor) | (Total debt) | (Monthly payment) |
|---|---|---|
| USDA | 102,056 | 711.46 |
| | | |
| | | |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

We receive foodstamps, payment assistance through Moritorium, and Utility aid from Catholic Social Services + MAAH, I and Ms. Jones are diligently seeking employment as we did not create these circumstances

Other (Explain): but were the victims of discrimination + retaliation to which the case was surprisingly given to the defendants causing more financial hardship for my family! + Ms Jones has phone service through SafeLink.

**VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:**

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

12-26-15
DATE

[signature]
SIGNATURE OF PLAINTIFF/PETITIONER

10230 Sand Ridge Road
Chunchula, Alabama 36521
ADDRESS