IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THADDEUS D. SMITH, SR., | : |
| Plaintiff, | : |
| v. | : CA 15-00625-CG-C |
| THE STATE OF ALABAMA BOARD OF PARDONS AND PAROLES, | : |
| Defendant. | : |

**ORDER**

On March 25, 2016, the undersigned received a letter titled "Intent to Sue" from Thaddeus D. Smith, Sr., the Plaintiff, in this action.[1]  According to the "Intent to Sue" letter, the Plaintiff intends to "commence legal proceedings" against the undersigned with respect to a separate case, *Smith v. Mobile Shipbuliding & Repair, Inc., et al.*, 1:15-cv-00095-CG-C.  In light of this letter and the potential "legal proceedings," the undersigned finds that it is appropriate to **DISQUALIFY** himself from this action pursuant to 28 U.S.C. § 455(a).

**DONE** and **ORDERED** this the 29th day of March 2016.

  s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The "Intent to Sue" letter and the accompanying envelope are attached to this Order.

# Intent to Sue

Thaddeus D. Smith Sr.
10230 Sand Ridge Rd.
Chunchula, Al 36521
(251) 303-3166

Date: March 18, 2016

Magistrate Judge William E. Cassady

113 St. Joseph Street, Mobile, Alabama, 36602

**RE:** Letter of Intent to Sue

Dear, Magistrate Cassady

Pursuant to The Judicial Conduct and Disability Act of 1980, 28 U.S.C. §§ 351-364, and Rules for Judicial-Conduct and Judicial-Disability Proceedings, 248 F.R.D. 674 (2008).

This Letter of Intent shall serve as a formal notice of Mr. Thaddeus D. Smith Sr.'s intent to commence legal proceedings against you. Mr. Smith will be seeking recovery in the sum off $125,000 citing Judicial Misconduct with respect to the case cv-1:15-00095-CG-C.

In the event you wish to resolve and settle this matter prior to legal proceedings, being commenced against you, please contact the Mr. Smith at the above-noted address, in writing within (10) business days.

Failure to receive a written reply from you within the timeframe indicated above, with your intention of resolving this matter, will initiate any action necessary for the commencement of legal proceedings in the courts of applicable jurisdiction and will be seeking damages and costs against you in respect of same.

Your prompt attention is appreciated,

Yours very truly,

*[signature]*

Thaddeus D. Smith Sr.

Thaddeus D. Smith Sr.
10230 Snow Ridge Rd.
Chunchula, AL 36521

Judge William E. Cassady
113 St. Joseph Street,
Mobile, AL 36602