# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| THADDEUS D. SMITH, SR., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 15-0625-CG-B |
| | ) | |
| THE STATE OF ALABAMA BOARD | ) | |
| OF PARDONS AND PAROLES, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a), the undersigned does hereby recuse herself from any and all further involvement in this proceeding.

**DONE and ORDERED** this 30th day of March, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE