```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

**THADDEUS D. SMITH, SR.**          :
                                          :
    **Plaintiff,**                           :
                                          :
**vs.**                                            :    **CIVIL ACTION NO. 15-00625-WS-B**
                                          :
**DEMETRIA LEWIS,**                 :
                                          :
    **Defendant.**                        :

## ORDER

This action is before the Court on Plaintiff Thaddeus D. Smith, Sr.'s Motion to Proceed Without Prepayment of Fees (Doc. 3). Upon review, the Court finds that Plaintiff does not have either the income or other resources to pay the statutory filing fee and service costs for this action. Accordingly, his Motion to Proceed without Prepayment of Fees and Costs (doc. 3) is GRANTED.

The Clerk is directed, in accordance with 28 U.S.C. § 1915(d) and S.D. Ala. CivLR 4(b), to serve a summons, along with the complaint, on the Defendant in accordance with the procedures set forth in Standing Order No. 17. The United States Marshal for the Southern District of Alabama is directed to serve process should the Clerk's attempt to perfect service prove ineffective.

    **DONE** this **8**[th] day of **August, 2017.**

                                                  **/s/ SONJA F. BIVINS**
                                          **UNITED STATES MAGISTRATE JUDGE**