```
                    STATE OF ALABAMA
               BOARD OF PARDONS AND PAROLES
                   301 S. RIPLEY STREET
                      P.O. BOX 302405
              MONTGOMERY, ALABAMA  36130 - 2405

                         02-20-2018




    THADDEUS DEMETRIUS SMITH SR
    1601 NESHOTA DR #38
    MOBILE        AL   36605



    DEAR SIR OR MADAM:


    ENCLOSED IS YOUR CERTIFICATE OF RESTORATION OF VOTER REGISTRATION
    RIGHTS, WHICH WAS GRANTED BY THE BOARD OF PARDONS AND PAROLES
    02-20-2018


                                          SINCERELY,


                                          EDDIE COOK, JR
                                          EXECUTIVE DIRECTOR


    ENC:   CERTIFICATE


    AIS#:  180035


    CC:
```



STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES

CERTIFICATE OF RESTORATION OF VOTER
REGISTRATION RIGHTS

KNOW ALL MEN BY THESE PRESENTS:

IT HAVING BEEN MADE TO APPEAR TO THE ALABAMA STATE BOARD OF PARDONS AND PAROLES THAT

THADDEUS DEMETRIUS SMITH SR 180035

WAS CONVICTED OF THE FOLLOWING DISQUALIFYING OFFENSES:

| COUNTY | CASE NUMBER | DATE | OFFENSE | SENTENCE |
|---|---|---|---|---|
| MOBILE | CC1995-000182 | | BURGLARY 1ST | 015 00 000 CC |

AND IT FURTHER APPEARING TO THE BOARD FROM THE OFFICIAL REPORT OF THE PAROLE OFFICER, WHICH IS A PART OF THE RECORD IN THIS CASE, THAT THE ABOVE NAMED HAS NO OTHER REMAINING DISQUALIFICATIONS TO THE RIGHT TO VOTE UNDER THE ALABAMA CODE;

NOW, IN COMPLIANCE WITH THE AUTHORITY VESTED IN THE STATE BOARD OF PARDONS AND PAROLES BY THE CONSTITUTION AND THE LAWS OF THE STATE OF ALABAMA TO RESTORE CIVIL AND POLITICAL RIGHTS, IT IS

ORDERED THAT THE RIGHTS AS AN ELECTOR THAT WERE FORFEITED AS A RESULT OF THE AFORESAID CONVICTION(S) BE AND THEY ARE HEREBY RESTORED.

IF ALL CITIZENSHIP AND OTHER LEGAL REQUIREMENTS OF THE LOCAL REGISTRAR BE MET, THIS CERTIFICATE AUTHORIZES THE RECIPIENT TO REGISTER TO VOTE; HAVING SO REGISTERED, TO PARTICIPATE AS AN ELECTOR OF THE STATE OF ALABAMA. THIS CERTIFICATE IS NOT A PARDON AND DOES NOT RESTORE, REMOVE OR ADDRESS ANY OTHER RIGHTS, PRIVILEGES OR REQUIREMENTS.

GIVEN UNDER THE HAND AND SEAL OF THE STATE BOARD OF PARDONS AND PAROLES, THIS THE 20TH DAY OF FEBRUARY, 2018.

ALABAMA BOARD OF PARDONS AND PAROLES

EDDIE COOK, JR.
EXECUTIVE DIRECTOR