# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THADDEUS D. SMITH, SR.,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION 15-0625-WS-B |
| **DEMETRIA LEWIS, in her official capacity as a former employee of the Alabama Board of Pardons and Paroles,** | ) |
| **Defendant.** | ) |

## ORDER

On March 22, 2018, defendant, Demetria Lewis, filed a Motion to Dismiss as Moot (doc. 25) with an incorporated memorandum of law. The crux of the Motion is that (i) plaintiff seeks only prospective injunctive relief; (ii) the Alabama Board of Pardons and Paroles has recently sent plaintiff a Certificate of Eligibility to Register to Vote; (iii) the Board is currently processing plaintiff's application for a full pardon, which is discretionary with the Board; and (iv) plaintiff has thus received all relief this Court has authority to grant, rendering this action moot.

Any party opposing the Motion must file a response, supported by legal authority as appropriate, on or before **April 13, 2018**. Movant will be allowed until **April 20, 2018** to file a reply. If the Court determines that oral argument is appropriate, the parties will be notified and a hearing will be scheduled. Otherwise, the Motion will be taken under submission after **April 20, 2018**.

**In deference to his *pro se* status, plaintiff is cautioned that this briefing schedule marks his only opportunity to be heard on the Motion to Dismiss. If plaintiff fails to file a response in a timely manner, the Court will take the Motion under submission without the benefit of any argument or authorities that plaintiff might otherwise wish to submit.**

DONE and ORDERED this 23rd day of March, 2018.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE